**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 471 MAL 2021

           Respondent            :

                                         :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court

           v.                         :

                                         :

ANDRE CHIN,                              :

                                       :

           Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.